UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| CHUCK SALEEN, BRUCE ANDREWS, KEVIN BURGER, JULIE BORMES, KYLE CHRISTENSEN, KAI HENDRICKSON, MATTHEW LEONETTI, GREG MAKENDONSKY, DANNY PETERSON, RICHARD SARGENT, TYSON TVINNEREIM, AND JOSHUA WERSAL, individually, and on behalf other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>WASTE MANAGEMENT, INC., and WASTE MANAGEMENT OF MINNESOTA, INC.<br><br>Defendants. | Court File No. 08-4959 (PJS/JJK)<br><br>**NOTICE OF WITHDRAWAL OF ATTORNEY** |

Pursuant to Rule 83.7 of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Tyree Ayers Jackson, currently listed as counsel of record for Defendants Waste Management, Inc. and Waste Management of Minnesota, Inc., has left the law firm of Littler Mendelson, P.C. and wishes to withdraw as counsel for Defendants Waste Management, Inc., and Waste Management of Minnesota, Inc. in this case. Marko J. Mrkonich, Andrew J. Voss, Noah Lipschultz, John Ybarra, James N. Boudreau and Allan G. King, of Littler Mendelson, P.C., shall continue as counsel for Defendants Waste Management, Inc. and Waste Management of Minnesota, Inc. in this case.

2

Date:  January 5, 2010

                    <u>s/ Tyree Ayers Jackson (with permission)</u>
                    Tyree Ayers Jackson (#0387406)

Firmwide:93539417.1 046554.1135