# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| CHUCK SALEEN, BRUCE ANDREWS, KEVIN BERGER, JULIE BORMES, KYLE CHRISTENSEN, KAI HENDRICKSON, MATTHEW LEONETTI, GREG MAKEDONSKY, DANNY PETERSON, RICHARD SARGENT, TYSON TVINNEREIM, and JOSHUA WERSAL, individually and on behalf of other similarly situated individuals, | Case No.: 0:08-cv-04959 PJS/JJK |
| Plaintiffs, | **STIPULATION FOR DISMISSAL** |
| v. | |
| WASTE MANAGEMENT, INC. and WASTE MANAGEMENT OF MINNESOTA, INC. | |
| Defendants. | |

Having fully resolved the disputes herein,

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs CHECK SALEEN, BRUCE ANDREWS, KEVIN BERGER, JULIE BORMES, KYLE CHRISTENSEN, KAI HENDRICKSON, MATTHEW LEONETTI, GREG MAKEDONSKY, DANNY PETERSON, RICHARD SARGENT, TYSON TVINNEREIM, and JOSHUA WERSAL, and opt-in Plaintiffs JORGE SALAZAR, MARK TANNER, and TREVOR SKEESICK ("Plaintiffs") and Defendants WASTE MANAGEMENT, INC. and WASTE MANAGEMENT OF MINNESOTA, INC., ("Defendants") (collectively "the Parties"), by and through their undersigned attorneys,

that the above-captioned action against Defendants be dismissed with prejudice and without costs to any of the parties pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

Dated: April 7, 2010     s/Paul J. Lukas
Paul J. Lukas, MN Bar No. 22084X
Michele R. Fisher, MN Bar No. 303069
Robert L. Schug, MN Bar No. 0387013
Rebekah L. Bailey, MN Bar No. 389599
**NICHOLS KASTER, PLLP**
4600 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

**ATTORNEYS FOR PLAINTIFFS**

Dated: April 7, 2010     s/Andrew J. Voss
Marko J. Mrkonich (#125660)
Andrew J. Voss (#0241556)
Noah Lipschultz (#0387308)
**LITTLER MENDELSON, P.C.**
80 South 8th Street
1300 IDS Center
Minneapolis, MN 55402.2136
Telephone: (612) 630-1000
Facsimile: (612) 630-9626

John Ybarra
*admitted pro hac vice*
200 North La Salle Street, Suite 2900
Chicago, IL 60601-1014
Telephone: (312) 372-5520
Facsimile: (312) 372-7880

2

James N. Boudreau
*admitted pro hac vice*
**LITTLER MENDELSON, P.C.**
Three Parkway
1601 Cheery Street, Suite 1400
Philadelphia, PA 19102
Telephone: (267) 402-3029
Facsimile: (267) 402-3131

Allan G. King
a*dmitted pro hac vice*
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201-2931
Telephone: (214) 880-8100
Facsimile: (214) 880-0181

**ATTORNEYS FOR DEFENDANTS**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
Saleen, et al., v. Waste Management, Inc.
Court File No. 0:08-cv-4959

I hereby certify that on April 7, 2010, I caused the above Stipulation for Dismissal to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Andrew J Voss avoss@littler.com; James N Boudreau jboudreau@littler.com; John A Ybarra jybarra@littler.com; Marko J Mrkonich mmrkonich@littler.com; Noah G. Lipschultz nlipschultz@littler.com; Alan King agking@littler.com

Dated:  April 7, 2010                                                             NICHOLS KASTER, PLLP


                                                                                  s/Rebekah L. Bailey
                                                                                  Rebekah L. Bailey
                                                                                  4600 IDS Center
                                                                                  80 South 8th Street
                                                                                  Minneapolis, MN  55402
                                                                                  Telephone (612) 256-3200
                                                                                  Fax (612) 215-6870